UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX ZIMERMAN,<br><br>            Plaintiff,<br><br>            v.<br><br>DIANA NELSON,<br><br>            Defendant. | No. C11-883 RSL<br><br><br>ORDER REFORMING CAPTION<br><br>~~[proposed]~~ |

Having reviewed the Notice of Substitution and a duly executed Certification of Jenny A. Durkan, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. §2679(d)(1), substituting the United States of America as the sole party defendant herein in place of and instead of defendant Diane Nelson.[1]

//

//

//

//

//

//

---

[1] Ms. Nelson's first name is actually "Diane Nelson," not "Diana Nelson" as incorrectly pled by plaintiff.

ORDER REFORMING CAPTION ~~(PROPOSED)~~ - 1

| | |
|---|---|
| IT IS HEREBY ORDERED that the caption of this case be amended to read as follows: | |
| ALEX ZIMERMAN,<br>   Plaintiffs,<br> v.<br>UNITED STATES OF AMERICA,<br>   Defendant. | Case No. C11-00883 RSL |

IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

ALEX ZIMERMAN,

   Plaintiffs,

 v.

UNITED STATES OF AMERICA,

   Defendant.

Case No. C11-00883 RSL

DATED this 5th day of July 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REFORMING CAPTION (PROPOSED) - 2